ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

04- 711C

Plaintiff(s) or Petitioner(s)
DAFNA CONSTRUCTION CO., LTD.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Carl A. Haberbusch

Firm Name: Goetz Fitzpatrick LLP

Post Office Box:

Street Address: One Penn Plaza, 44th Floor

City-State-Zip: New York,New York 10119

Telephone & Facsimile Numbers: Tel: 212-695-8100, Fax: 212-629-4013

E-mail address: chaberbusch@goetzfitz.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

FILED
APR 2 2 2004
U.S. COURT OF
FEDERAL CLAIMS

Government Agency Involved: V A

**See attached Sheet for three digit code.**

Amount Claimed: $ 126,300.00 plus costs, interest and attorney's fees

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003