IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-711C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including August 5, 2004, to file a response to the complaint in the above-captioned matter. Our response is currently due on June 21, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated to the counsel for defendant that plaintiff does not oppose a request for a 30-day enlargement, but does oppose a request for a 45-day enlargement.

The requested enlargement of time is necessary because defendant's counsel has not yet received a litigation report from the agency. An enlargement of 45 days will allow agency counsel additional time to assemble and evaluate relevant records obtained from the contracting officer and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal review.

For the foregoing reasons, we respectfully request that the

Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including August 5, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

S/ KELLY B. WEISS
KELLY B. WEISS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

June 7, 2004

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on June 7, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. WEISS