IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-711C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order issued on September 24, 2004, the parties submit this status report. At this time, the parties continue to discuss settlement of the above-captioned case. Defendant's counsel has worked with agency counsel and the contracting officer to acquire documents substantiating various aspects of contract performance upon contract number V10N3C-119, the contract at issue in this case. Moreover, the parties are currently negotiating the language of a settlement agreement. Accordingly, the parties respectfully request that the Court continue the stay of proceedings in this case for an additional 45 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

S/ CARL A. HABERBUSCH
CARL A. HABERBUSCH
Attorney
Goetz Fitzpatrick, L.L.P.
One Penn Plaza, Suite 4401
New York, NY 10119
Tel. (212) 695-8100
Fax (212) 629-4013

October 25, 2004

Attorney for Plaintiff

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-7961
Fax (202) 353-7988

October 25, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 25, 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK