# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAFNA CONSTRUCTION CO., LTD.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-711C |
| **THE UNITED STATES,** | * | (Filed Oct. 26, 2004) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Joint Status Report filed on October 25, 2004,

**IT IS ORDERED**, as follows:

1. The stay is this case is continued pending further order of the court.

2. The parties shall file a subsequent Joint Status Report by December 10, 2004, stating with particularity the status of settlement.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge