IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-711C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the parties hereby jointly stipulate to dismiss the complaint with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ CARL A. HABERBUSCH
CARL A. HABERBUSCH, ESQ.
Goetz Fitzpatrick, L.L.P.
One Penn Plaza, Suite 4401
New York, NY 10119
Tele: (212) 695-8100
Fax: (212) 629-4013

December 3, 2004

Attorney for Plaintiff

S/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

November 23, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 9th day of December, 2004, a copy of the foregoing signed "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ KELLY B. BLANK